```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
UNITED STATES OF AMERICA    :    CRIMINAL ACTION
                            :    NO. 18-0218-01
        v.                  :
                            :
KASHAMBA JOHN               :
                            :
```

## ORDER

**AND NOW,** this **7th** day of **August, 2020,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Kashamba John's post-trial motions (ECF No. 143; ECF No. 170; ECF No. 186) are **DENIED.**

    **AND IT IS SO ORDERED.**

                                 */s/ Eduardo C. Robreno*
                                 **EDUARDO C. ROBRENO, J.**